UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERARDO GAYTAN-VALDOVINOS (2),<br><br>    Defendant. | Case No.: 22-CR-2260-RSH-2<br><br>**JUDGMENT AND ORDER ON THE UNITED STATES' MOTION TO DISMISS COUNTS 3 AND 4 OF THE INDICTMENT WITHOUT PREJUDICE** |

The United States having moved pursuant to Rule 48(a) to dismiss the charges against Defendant Gerardo Gaytan-Valdovinos—Counts 3 and 4 of the Indictment—in this case without prejudice, and good cause appearing, the United States' motion is hereby GRANTED, and Counts 3 and 4 of Indictment only are DISMISSED WITHOUT PREJUDICE. The material witnesses as to these two counts, Juan Martin Vazquez-Carranza (Count 3) and Alma Adilene Villa-Ramirez (Count 4), are dismissed from the case and are hereby ordered released. All other counts and allegations in the Indictment remain.

SO ORDERED.

DATED: 11/09/2022

Honorable Robert S. Huie
United States District Judge